UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
UNITED STATES OF AMERICA,

-vs-

Frank Rizzo,

        Defendants.

-------------------------------------------------

ORDER

CR-03-1268-3(FB)

WHEREAS on July 7, 2005 the Court held a status conference, on the record, in open court, where all counsel and a pre-trial officer were present. Pursuant to memorandums dated June 15, 2005 and June 27, 2005 from pre-trial services indicating that the defendant was not compiling with his bail conditions. The Court modified the defendant's bail conditions until his sentence on August 31, 2005 at 3:30 P.M.. For the reasons stated on the record the defendant's bail conditions are modified as follows: (1) the defendant shall submit to drug and alcohol testing by the pre-trial services department twice (2) a month, and (2) the defendant shall participate in an out patient drug treatment program as directed by the pre-trial services department.

SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
        July 8, 2005

cc.: AUSA Michael Warren
    Norman Trabulus
    Lourdes Vasquez, Pre Trial Services Officer